■ In the Matter of GEOVANY S. and Others, Children Alleged to be Neglected. GEOVANY S. et al., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MARTIN R., Respondent. [40 NYS3d 44]—

Appeal from order of fact-finding and disposition (one paper), Family Court, Bronx County (Joan L. Piccirillo, J.), entered on or about April 28, 2014, which, to the extent appealed from as limited by the briefs, following a fact-finding hearing, determined that respondent derivatively neglected the appellant children, unanimously dismissed, without costs, as moot.

The appellant children are not aggrieved by the finding against respondent that he derivatively neglected them (*see Matter of Desiree C.*, 7 AD3d 522, 523 [2d Dept 2004]). To the extent that the children were aggrieved by the dispositional portion of the order, which prevented respondent from living with them for one year, its terms have expired (*see Matter of David L. Jr. [David L.]*, 118 AD3d 468, 469 [1st Dept 2014]). Furthermore, the two older appellant children have reached the age of 18, and thus, the proceedings are academic as to them (*see Matter of Joseph B.*, 6 AD3d 609, 610 [2d Dept 2004]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels, Gische and Webber, JJ.